# EXHIBIT 6

| | |
|---|---|
| **Sent:** | Sun, 15 May 2022 7:02:10 PM (UTC) |
| **Subject:** | Gabby - Presentation for Glazzio Commercial |
| **From:** | Ralph Sacher <Ralph@glazziotiles.com> |
| **To:** | David Deutsch <David@glazziotiles.com>; Issac Deutsch <issac@glazziotiles.com>; Gabrielle vonRumpf <gvonrumpf@me.com>; |

Ralph S is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting
https://us02web.zoom.us/j/84016266107?pwd=ckVFSENxWHpOOXd6ZUpndzZyZWlYdz09

Meeting ID: 840 1626 6107
Passcode: 095951
One tap mobile
+16465588656,,84016266107#,,,,*095951# US (New York)
+13126266799,,84016266107#,,,,*095951# US (Chicago)

Dial by your location
    +1 646 558 8656 US (New York)
    +1 312 626 6799 US (Chicago)
    +1 301 715 8592 US (Washington DC)
    +1 346 248 7799 US (Houston)
    +1 669 900 9128 US (San Jose)
    +1 253 215 8782 US (Tacoma)
Meeting ID: 840 1626 6107
Passcode: 095951
Find your local number: https://us02web.zoom.us/u/kbHDzriJMA

**Date:** Wed, 18 May 2022 5:08:08 PM (UTC)
**Subject:** Glazzio Commercial
**From:** Gabrielle vonRumpf <gvonRumpf@tilebar.com>
**To:** Glazzio Tile - Glazzio Tile (ralph@glazziotiles.com) <ralph@glazziotiles.com>;
**Attachments:** Glazzio Commercial 2022.pdf



# AGENDA

- 45-Days Targets
- 90-Days Targets
- 120-Days Targets
- Commercial Investment 1st Year
- Takes 3 Years to Build Commercial Pipeline

glazzio tiles



*45-DAY TARGETS*

ONBOARDING
- HR Items
- Company Culture
- Tech
- Personnel

PRODUCT DEVELOPMENT
- Audit current capabilities (commercial product, storage and logistics, project management, customer service)

MARKETING ASSETS
- Establish sample process
- Website design starts
- Branding assets created and ordered (shipping boxes, sell sheets)

SALES MANAGEMENT
- Establish sales strategy with target markets (Tall Grass Prairie)
- Establish target customer segments
- Territory division between trade and wholesale outlined
- Forecasting for additional hires, sales, and marketing
- Job description for new hires in sales and marketing
- CRM and projects, sample tracking & data collections
- Build projected monthly budget for sales staff
- Expense report model established



## *90-DAY TARGETS*

**ONBOARDING**
- Hire RSM $80,000
- Hire 2 sales representatives with growth plan, salary $90,000 5% commission
- Hire fulltime marketing coordinator $85,000.

**PRODUCT DEVELOPMENT**
- Develop specific pricing programs for target customer
- LVT partnership
- Thin slab partnership
- Countertop partnership
- Solidify and continue to establish sourcing relationships
- Select freight companies

**MARKETING ASSETS**
- Web design near completion
- Target customer brochure
- Customer product presentations

**SALES MANAGEMENT**
- Implement sales plan
- Implement marketing plan
- Implement CRM project and sample tracking (Monday.com)
- Monthly sales meeting
- Industry research resources (i.e., Dodge Report)
- Design pricing matrix for staff
- Develop specific pricing programs

## 120-DAYS TARGETS

ONBOARDING
- New representatives onboard
- Territories have been established
- Reps/Gabby begin traveling to target markets for sales and brand awareness
- Begin development of sourcing department

PRODUCT DEVELOPMENT
- Product arriving from factory
- Sampling is put to the test
- Review new factory options

MARKETING ASSETS
- New Glazzio Surfaces website working
- Marketing assets are arriving
- Website up and running

SALES MANAGEMENT
- CRM tracking system up and running
- Monthly sales meeting
- Partnering with USA factory to bring customers on tours

*Commercial Investment 1ST Year*

| | |
|---|---:|
| **Commercial Team** | |
| VP Commerial | 250,000.00 |
| VP Brand | 200,000.00 |
| Lead RSM | 80,000.00 |
| Assistiance VP Brand | 85,000.00 |
| Sales Representative | 90,000.00 |
| Sales Representative | 90,000.00 |
| CRM | 1,000.00 |
| **Product** | |
| Product Investment | 200,000.00 |
| Sampling | 35,000.00 |
| **Marketing** | |
| Website | 50,000.00 |
| Brand Assets | 30,000.00 |
| **Travel** | |
| VP Commercial | 60,000.00 |
| Sales Representative | 48,000.00 |
| Sales Representative | 48,000.00 |
| **Total** | **1,267,000.00** |

glazzio tiles



## Takes 3 Years to Build Commercial Pipeline

**Capture Sales Now**

| | |
|---|---|
| Relationship | $600,000.00 |
| VE opportunity | $250,000.00 |
| Fast track PO | $100,000 |
| Total | $950,000.00 |