# EXHIBIT G



# AGENDA

- 45-Days Targets
- 90-Days Targets
- 120-Days Targets
- Commercial Investment 1st Year
- Takes 3 Years to Build Commercial Pipeline



# *45-DAY TARGETS*

**ONBOARDING**
- HR Items
- Company Culture
- Tech
- Personnel

**PRODUCT DEVELOPMENT**
- Audit current capabilities (commercial product, storage and logistics, project management, customer service)

**MARKETING ASSETS**
- Establish sample process
- Website design starts
- Branding assets created and ordered (shipping boxes, sell sheets)

**SALES MANAGEMENT**
- Establish sales strategy with target markets (Tall Grass Prairie)
- Establish target customer segments
- Territory division between trade and wholesale outlined
- Forecasting for additional hires, sales, and marketing
- Job description for new hires in sales and marketing
- CRM and projects, sample tracking & data collections
- Build projected monthly budget for sales staff
- Expense report model established



## *90-DAY TARGETS*

**ONBOARDIN**
- Hire RSM
- Hire 2 sale representatives with gro ion, salary 5% comm
- Hire fulltime marketing coordinator

**PRODUCT DEVELOPMENT**
- Develop specific pricing programs for target customer
- LVT partnership
- Thin slab partnership
- Countertop partnership
- Solidify and continue to establish sourcing relationships
- Select freight companies

**MARKETING ASSETS**
- Web design near completion
- Target customer brochure
- Customer product presentations

**SALES MANAGEMENT**
- Implement sales plan
- Implement marketing plan
- Implement CRM project and sample tracking (Monday.com)
- Monthly sales meeting
- Industry research resources (i.e., Dodge Report)
- Design pricing matrix for staff
- Develop specific pricing programs



## *120-DAYS TARGETS*

**ONBOARDING**
- New representatives onboard
- Territories have been established
- Reps/Gabby begin traveling to target markets for sales and brand awareness
- Begin development of sourcing department

**PRODUCT DEVELOPMENT**
- Product arriving from factory
- Sampling is put to the test
- Review new factory options

**MARKETING ASSETS**
- New Glazzio Surfaces website working
- Marketing assets are arriving
- Website up and running

**SALES MANAGEMENT**
- CRM tracking system up and running
- Monthly sales meeting
- Partnering with USA factory to bring customers on tours



## *Commercial Investment 1ST Year*

| Commercial Team | |
|---|---:|
| VP Commerial | 250,000.00 |
| VP Brand | 200,000.00 |
| Lead RSM | 80,000.00 |
| Assistiance VP Brand | 85,000.00 |
| Sales Representative | 90,000.00 |
| Sales Representative | 90,000.00 |
| CRM | 1,000.00 |
| | |
| **Product** | |
| Product Investment | 200,000.00 |
| Sampling | 35,000.00 |
| | |
| **Marketing** | |
| Website | 50,000.00 |
| Brand Assets | 30,000.00 |
| | |
| **Travel** | |
| VP Commercial | 60,000.00 |
| Sales Representative | 48,000.00 |
| Sales Representative | 48,000.00 |
| | |
| **Total** | **1,267,000.00** |



*Takes 3 Years to Build Commercial Pipeline*

| Capture Sales Now | |
|---|---|
| Relationship | $600,000.00 |
| VE opportunity | $250,000.00 |
| Fast track PO | $100,000 |
| | |
| Total | $950,000.00 |
| | |

