

Joel H. Rosner
212-216-1187
jrosner@tarterkrinsky.com

July 1, 2022

**Via ECF**

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

Re: *TileBar, formally known as Soho Studio Corp., LLC v. Glazzio Tiles, formally known as Deutsch Imports, LLC,* Case No.: 1:22-cv-03823-VEC

Dear Judge Chen:

We represent Defendant Glazzio Tiles. We apologize for the need to write at this late hour on the day before the Fourth of July holiday weekend. We write to advise the Court that we intend to submit opposition to Plaintiff's proposed Order to Show Cause for a temporary restraining order and preliminary injunction and will have our papers filed before the Court reopens on July 5th. We ask the Court to delay taking any action on Plaintiff's application until after we file our opposition. However, if the Court is not inclined to wait, we respectfully request that the Court provide us with a time period by which it would like us to file our opposition and we will do so.

Respectfully,

**TARTER KRINSKY & DROGIN**

By: *Joel*

Joel H. Rosner